JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
AUG 17, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

Danny Emerson,

              Plaintiff,

    v.

OCS Recovery, Inc.,

              Defendant.

EDCV 15-2256-VAP (SPx)

**ORDER DISMISSING PLAINTIFF'S COMPLAINT**

    On July 22, 2016, the Court issued an Order to Show Cause ("OSC"), ordering Plaintiff Danny Emerson ("Plaintiff") to show cause why this case should not be dismissed for failure to serve the complaint and summons. (See Doc. No. 14.) Plaintiff was ordered to respond by August 15, 2016. (Id.)

    Plaintiff failed to respond to the Court's OSC. Accordingly, Plaintiff's Complaint is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated:   8/17/16

                                                Virginia A. Phillips
                                         Chief United States District Judge